USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

US MANAGEMENT SERVICES CORPORATION et al.,

                Petitioners,

-against-

ALLIANCE METALS, LLC,

                Respondent.

24-CV-09454 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On December 12, 2024, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **January 6, 2025**. Respondent's opposition, if any, is due on **January 17, 2025**. Petitioner's reply, if any, is due **January 24, 2025**.

      Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **January 6, 2025**, and shall file an affidavit of such service with the Court no later than **January 7, 2025**.

Dated: December 16, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge