USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

US MANAGEMENT SERVICES CORPORATION, and ULRICH SCHULTE,

Petitioners,

-against-

ALLIANCE METALS, LLC,

Respondent.

24-CV-09454 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

On December 11, 2024, Petitioners filed a Petition to Confirm Arbitration Award (the "Petition") to confirm the December 22, 2023 arbitration award (the "Award"). Dkt. No. 1. On December 16, 2024, the Court set a briefing schedule for the submission of any additional materials in support of the Petition, Respondent's opposition, and Petitioner's reply. Dkt. No. 9. Petitioners served Respondent with the Petition, supporting materials, and the Court's December 16 Order. Dkt. Nos. 10-13. Respondent's opposition was due no later than January 17, 2025, but to date Respondent has not appeared, opposed the Petition, or made any payment of the amount due under the Award.

The Court must treat the Petition, even though unopposed, "as akin to a motion for summary judgment based on the movant's submissions." *Trs. for Mason Tenders Dist. Council Welfare Fund, Pension Fund, Annuity Fund & Training Program Fund v. Capstone Constr. Corp.*, 11-CV-1715 (JMF), 2013 WL 1703578, at *2 (S.D.N.Y. Apr. 19, 2013). Having reviewed the Petition and the supporting materials, there is no genuine issue of material fact precluding summary judgment as to any portion of the Award, as the Arbitrator's decision provides more than "a barely colorable justification for the outcome reached." *Id.* at *3 (internal quotation marks omitted). Nor is there any justification under Section 10(a) of the Federal Arbitration Act for vacating the Award.

Accordingly, the Petition is GRANTED, the Award is CONFIRMED, and judgment is entered in favor of Petitioners and against Respondent as follows:

1. Confirming the Award in all respects;

2. Petitioners shall have judgment against Respondent in the amount of **$152,219.00**, plus interest, which includes the following:

    a. Interest from January 22, 2024, thirty days following the date of the Award, to the entry of judgment, at rate of 9% per annum pursuant to N.Y. CPLR; and

b. Post-judgment interest pursuant to 28 U.S.C. § 1961(a).

The Clerk of Court is respectfully directed to prepare a judgment in accordance with the above and CLOSE this case.

Dated: November 16, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge