**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

US MANAGEMENT SERVICES CORPORATION, and ULRICH SCHULTE,

Petitioners,

-against-

ALLIANCE METALS, LLC,

Respondent.

-------------------------------------------------------------X

24 **CIVIL** 9454 (MMG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 16, 2026, The Petition is GRANTED, the Award is CONFIRMED, and judgment is entered in favor of Petitioners and against Respondent as follows: 1.Confirming the Award in all respects; 2. Petitioners shall have judgment against Respondent in the amount of $152,219.00, plus interest, which includes the following: a. Interest from January 22, 2024, thirty days following the date of the Award, to the entry of judgment, at rate of 9% per annum pursuant to N.Y. CPLR in the amount of $38,696.99; and b. Post-judgment interest pursuant to 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated**: New York, New York
November 18, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Nazam Dulal

**Deputy Clerk**